# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALANA MCCLENDON, et al., )
)
    Plaintiffs/Counter Defendants, )
)
v. )
)     Civil Action No. 23-cv-865
)
TITLEMAX OF SOUTH CAROLINA, et al., )
)
    Defendants/Counter Claimants. )

## <u>TERESA BAKER'S AMENDED MOTION TO ENFORCE</u><br><u>AWARD AND ENTER JUDGMENT</u>

Plaintiff Teresa Baker ("Plaintiff") files this motion the Court pursuant to 9 U.S.C. § 9 to confirm the Final Award issued by JAMS in the arbitration between Plaintiff and Defendant TitleMax of South Carolina, Inc. ("TitleMax"). The Final Award is attached as Exhibit 1 to the Motion.

Plaintiff is a citizen and resident of North Carolina. Defendants are corporations organized and existing and maintaining their principal places of business in other states and are not citizens of North Carolina for diversity jurisdiction purposes. The Final Award is for an amount in excess of $75,000.00. The Court has jurisdiction pursuant to 28 U.S.C. § 1332 as the parties are diverse and the amount in controversy is in excess of $75,000.

WHEREFORE, Plaintiff respectfully moves for an order to confirm the Final Award issued by JAMS in the arbitration between Plaintiff and Defendant TitleMax consistent with the Arbitration award and interest and attorneys' fees. Plaintiff also moves to

1

enter Judgment against TitleMax.

This the 8th day of October, 2025.

/s/ Andrew H. Brown
Andrew H. Brown
N.C. State Bar No. 28450
James R. Faucher
N.C. State Bar No. 31514
Attorney for Plaintiff

**FOR THE FIRM:**

**BROWN, FAUCHER, PERALDO & BENSON, PLLC**.
822 North Elm Street, Suite 200
Greensboro, NC  27401
(336) 458-0058 (telephone)
(336) 273-5597 (facsimile)
drew@greensborolawcenter.com
james@greensborolawcenter.com